FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 NOV 18  PM 1:24

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:25CR**3099** |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 641 |
| FRANCESCA ALLEN, | 18 U.S.C. § 1001(a)(2) |
| | 18 U.S.C. § 981(a) |
| Defendant. | 18 U.S.C. § 982(a) |
| | 28 U.S.C. § 2461(c) |

The Grand Jury charges that

## COUNT I

From on or about December, 2020, and continuing through on or about May, 2025, in the District of Nebraska, defendant, FRANCESCA ALLEN, did knowingly and willfully steal, purloin and convert money of the Social Security Administration, a department or agency of the United States, namely Social Security Supplemental Security Income ("SSI") payments to which the defendant knew she was not entitled, having a value exceeding $1,000.

In violation of Title 18, United States Code, Section 641.

## COUNT II

From on or about December, 2020, and continuing through on or about May, 2025, in the District of Nebraska, defendant, FRANCESCA ALLEN, did knowingly and willfully steal, purloin and convert money of the United States Department of Health and Human Services, a department or agency of the United States, namely Medicaid benefit payments to which the defendant knew she was not entitled, having a value exceeding $1,000.

In violation of Title 18, United States Code, Section 641.

1

COUNT III

From on or about December, 2020, and continuing through on or about May, 2025, in the District of Nebraska, defendant, FRANCESCA ALLEN, did knowingly and willfully steal, purloin and convert money of the United States Department of Agriculture Food and Nutrition Service and United States Department of Health and Human Services, a department or agency of the United, namely Supplemental Nutrition Assistance Program ("SNAP") payments to which the defendant knew she was not entitled, having a value exceeding $1,000.

In violation of Title 18, United States Code, Section 641.

COUNT IV

On or about December 17, 2024, in the District of Nebraska, the defendant, FRANCESCA ALLEN, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a Social Security Administration Supplemental Security Income Redetermination Form. Specifically, when completing the form, the defendant, FRANCESCA ALLEN, falsely stated her husband, Robert Allen, died 20 years ago and that she was not currently married, when in truth and fact, as defendant FRANCESCA ALLEN then well knew, Robert Allen was alive, living with her, and working.

In violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE ALLEGATIONS

1.      The allegations contained in Count(s) I, II, and III of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.      The allegations contained in Count IV of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code Section 982(a)(3) and Title 28, United States Code, Section 2461(c).

3.      Pursuant to Title 18, United States Code Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 641, Defendant FRANCESCA ALLEN shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such offense. Such property includes, but is not limited to:

   a.  A Money Judgment against Defendant(s) for a sum of money equal the value of the property constituting, or derived from, any proceeds traceable to the offenses alleged in Count(s) I, II, and III of this Indictment.

4.      Pursuant to Title 18, United States Code Section 981(a)(3) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 1001, Defendant FRANCESCA ALLEN shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such offense. Such property includes, but is not limited to:

    a.  A Money Judgment against Defendant(s) for a sum of money equal the value of the property constituting, or derived from, any proceeds traceable to the offense alleged in Count IV of this Indictment.

5.  If any of the property described above, as a result of any act or omission of Defendant(s):

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18 United States Code, Section 981(a)(1)(C), Title 18 United States Code, Section 982(a)(3) and Title 18 United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

            Danielle Erin #25658
for  CHRISTOPHER J. HARROUN, #26800
        Assistant U.S. Attorney

4